UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. LORIE ANN ELLIS, | : | |
| | : | |
| Plaintiff | : | No. 4:CV-99-01356 |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA STATE | : | |
| UNIVERSITY and DR. MARY FRANCES | : | *Filed Electronically* |
| PICCIANO, | : | |
| | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-referenced action, with prejudice. Each party shall bear her/its own costs.

_____  _____
Frank P. Clark, Esquire            Janine C. Gismondi, Esquire
I.D. No. 35443                        I.D. No. 31225
3045 Market Street, 2nd Floor  811 University Drive
Camp Hill, PA 17011              State College, PA 16801
                                              (814) 238-4926
Attorney for Plaintiff                Attorney for Defendants

_____3/17/04_____  _____3/17/04_____
DATE                                        DATE

1